# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0042.  FLOYD FRANKLIN GENTRY, JR. v. GORDON COUNTY SHERIFF MITCH RALSTON et al.**

Upon consideration of the "Notice of Emergency Appeal to the Appellant Court of Georgia per Rule 40-B" filed by the Appellant, said motion is hereby DENIED because it does not meet the requirements of Court of Appeals Rule 40.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/21/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*